## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: BROWN, CARIVIOUS A                      §    Case No. 11-81997
      NYARI, CORIE R                            §
      BROWN, TONY                               §
Debtor(s) NYARI, CORIE ROBERTA                 §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

      Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
BERNARD J. NATALE                   , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

      The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

      Clerk of The U S Bankruptcy Court
      327 S Church Street, Room 1100
      Rockford IL 61101

      Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on 02/27/2013 in Courtroom 3100, United States Courthouse,
327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  01/24/2013          By:  /s/BERNARD J. NATALE

Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

|  |  |  |
|---|---|---|
| In re: BROWN, CARIVIOUS A | § | Case No. 11-81997 |
| NYARI, CORIE R | § | |
| BROWN, TONY | § | |
| Debtor(s) NYARI, CORIE ROBERTA | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*          $          50,000.00

*and approved disbursements of*          $          32,746.64

*leaving a balance on hand of*  [1]          $          17,253.36

**Balance on hand:**          $          17,253.36

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7S | Internal Revenue Service | 4,935.18 | 4,935.18 | 0.00 | 4,935.18 |
| 21S | Illinois Department of Revenue | 1,868.05 | 1,868.05 | 0.00 | 1,868.05 |

Total to be paid to secured creditors:   $   6,803.23
Remaining balance:   $   10,450.13

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 4,250.00 | 0.00 | 4,250.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 5,608.75 | 0.00 | 5,608.75 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 79.75 | 0.00 | 79.75 |

Total to be paid for chapter 7 administration expenses:   $   9,938.50
Remaining balance:   $   511.63

   1 The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00

Remaining balance: $ 511.63

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,104.18 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7P | Internal Revenue Service | 1,318.00 | 0.00 | 320.47 |
| 21P | Illinois Department of Revenue | 786.18 | 0.00 | 191.16 |

Total to be paid for priority claims: $ 511.63

Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 97,527.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CashCall Inc | 2,587.64 | 0.00 | 0.00 |
| 2 | CashCall Inc | 0.00 | 0.00 | 0.00 |
| 3 | Sprint Nextel Correspondence | 1,376.45 | 0.00 | 0.00 |
| 4 | Capital One Auto Finance (CODB) | 4,858.52 | 0.00 | 0.00 |
| 5 | Carlson Orthopedic clinic | 0.00 | 0.00 | 0.00 |
| 6 | Illinois State Toll Hwy Authority | 2,630.80 | 0.00 | 0.00 |
| 8 | Allied Business Accounts Inc. | 443.30 | 0.00 | 0.00 |
| 9 | Van Matre Rehabilitation | 17,766.77 | 0.00 | 0.00 |
| 10 | Van Matre Rehabilitation | 13,485.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| 11 | Van Matre Rehabilitation | 4,249.50 | 0.00 | 0.00 |
| 12 | JD & Carole Peters | 13,779.34 | 0.00 | 0.00 |
| 13 | Ray A Ferguson & Assoc | 4,198.98 | 0.00 | 0.00 |
| 14 | Check It A Unit of RMA | 215.95 | 0.00 | 0.00 |
| 15 | Rockford Mercantile Agency Inc | 23,800.86 | 0.00 | 0.00 |
| 16 | Portfolio Recovery Associates, LLC | 0.00 | 0.00 | 0.00 |
| 17 | Provena St Joseph Hospital | 1,182.52 | 0.00 | 0.00 |
| 18 | Provena St Joseph Hospital | 1,300.50 | 0.00 | 0.00 |
| 19 | Provena St Joseph Hospital | 954.41 | 0.00 | 0.00 |
| 20 | Provena St Joseph Hospital | 4,463.41 | 0.00 | 0.00 |
| 21U | Illinois Department of Revenue | 233.60 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$**          0.00

Remaining balance:                **$**          0.00

Prepared By:   /s/BERNARD J. NATALE

Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-81997-TML
Carivious A Brown                                                         Chapter 7
Corie R Nyari
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez          Page 1 of 4              Date Rcvd: Feb 06, 2013
                             Form ID: pdf006         Total Noticed: 75

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2013.
db/jdb      +Carivious A Brown,   Corie R Nyari,   2027 Southwick Lane,   Belvidere, IL 61008-9021
17209208     ATS Medical Service,   c/o Rockford Merchantile,   PO Box 5847,   Rockford, IL 61125-0847
17343311    +Aetna Health Plans,   c/o The Rawlings Co LLC,   POB 908,   Florence, KY 41022-0908
17669200     Allied Business Accounts Inc.,   300 1/2 So. 2nd St.,   POB 1600,   Clinton, IA 52733-1600
17209207     Associates in Pediatrics,   c/o American Collection,   919 Estes Ct.,   Schaumburg, IL 60193-4427
17209209    +Beacon Hill Dental Care,   2000 Larkin Ave, Ste 204,   Elgin, IL 60123-5878
17343312    +Carlson Orthopedic clinic,   1848 Daimler RD #1,   Rockford, IL 61112-1019
17805468     Check It  A Unit of RMA,   P.O.Box 6264,   Rockford Illinois 61125-1264
17209217    +Check-N-Go,   128 S State St,   Belvidere, Il 61008-3615
17209218     City of Rockford,   c/o Rockford Merchantile Ag,   P O Box 5847,   Rockford, IL 61125-0847
17209219    +Collection Company of America,   700 Longwater Drive,   Norwell, Ma 02061-1796
17209220     Comcast Chicago,   c/o CMI,   4200 International,   Carrollton, TX 75007-1912
17209221    +Delbert Services Corp,   7125 Pollock Dr,   Las Vegas, Nv 89119-4415
17209224    +ER Solutions,   500 SW 7th St Bldg A - 100,   Renton, Wa 98057-2983
17209225    +First Premier Bank,   3820 N Louise Ave,   Sioux Falls, SD 57107-0145
17823074     Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
17209227     Illinois Department of Revenue,   c/o Linebarger Goggan Blair & Samps,   PO Box 06140,
             Chicago, IL 60606-0140
17209228    +Illinois Dept. of Revenue,   101 West Jefferson,   Springfield, Il 62702-5074
17209230    +Illinois State Toll Hwy Authority,   c/o NCO Financial Systems,   600 Holiday Plaza Dr, Ste 300,
             Matteson, IL 60443-2238
17209229     Illinois State Toll Hwy Authority,   2700 Ogden Ave,   Downers Grove, IL 60515-1703
17343313    +Insura Property and Casulty Ins Co,   c/o Affirmatiave Insurance Services,   POB 9276,
             Oak Brook, IL 60522-9276
17209233    +JD & Carole Peters,   1018 Jacquelyn Ct.,   Marengo, Il 60152-3090
17343314    +Mark Carlson MD,   1848 Daimler Rd,   Rockford, IL 61112-1019
17209237    +Midwest Dental Belvidere,   c/o The Affiliated Group,   PO Bo 7739,   Rochester, MN 55903-7739
17209239     NCO Financial Systems,   Dept 980,   Trenton, NJ 08650-4912
17209241    +Northstar Location Services,   4285 Genesee St,   Cheektowaga, NY 14225-1943
17209243    +OFS St Anthony Med. Ctr,   c/o Rockford Merchantile Ag,   PO Box 5847,   Rockford, IL 61125-0847
17209244    +OSF Health Care System,   5666 E. State St,   Rockford, IL 61108-2425
17209245     OSF Healthcare System,   c/o Hinshaw & Culbertson LLP,   100 Park Ave.-PO Box 1389,
             Rockford, IL 61105-1389
17209246     OSF Lifeline Ambulance LLC,   c/o Rockford Merchantile Ag,   PO Box 5847,
             Rockford, IL 61125-0847
17209247    +P A Peterson Center,   1311 Parkview Ave,   Rockford, Il 61107-1899
17209250    +PLS,   1020 N McLean Blvd,   Elgin, Il 60123-1709
17815440    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,   c/o Onyx Acceptance Corporation,
             POB 41067,   Norfolk VA 23541)
17209248    +Palatine Oil,   515 W Colfax St,   Palatine, Il 60067-2572
17209254    +Ray A Ferguson & Assoc,   216 North Court St,   Rockford, Il 61103-6803
17209255    +Rehabilitation Institution of Chi,   345 E Superior St,   Chicago, Il 60611-4805
17209257     River West Anesth Ltd,   c/o Medial Business Bureau,   PO Box 1219,   Park Ridge, IL 60068-7219
17209258    +Rockford Health,   c/o Allied Business Accts.,   PO Box 1600,   Clinton, IA 52733-1600
17209261    +Rockford Memorial Hospital,   PO Box 14125,   Rockford, Il 61105-4125
17805474    +Rockford Mercantile Agency Inc,   2502 South Alpine Road,   Rockford Illinois 61108-7813
17209262    +Rockford Neuroscience Center,   Dr. Mohammed Afzal,   4920 E State Street,
             Rockford, IL 61108-2272
17343315     Rockford Orthopedic,   342 Roxbury Rd,   Rockford, IL 61107
17209264    +Rockford Orthopedic Assoc.,   PO Box 5247,   Rockford, Il 61125-0247
17209265     Rockford Radiology Assoc,   PO Box 5368,   Rockford, IL 61125-0368
17209266    +Rockford Surgical Service,   c/o Accounts Receivable Mgmt,   7834 N 2nd St, Ste 5,
             Machesney Park, IL 61115-2871
17209267    +Sherman Hospital,   c/o Harris & Harris,   222 Merchandise Mart -#1900,   Chicago, IL 60654-1421
17209269    +Suntrust Bank,   c/o NY State Higher Ed,   99 Washington,   Albany, NY 12255-0001
17209270    +T6Wireless Inc,   1890 Chrysler Dr,   Belvidere, Il 61008-6027
17209272    +Van Matre Rehabilitation,   950 S Mulford Rd,   Rockford, Il 61108-4274
17209273     W C I (AT T),   PO Box 97029,   Redmond, Wa 98073

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17209206     E-mail/Text: bnc-applied@quantum3group.com Feb 07 2013 03:53:42     Applied Bank,
             4700 Exchange Cour,   Boca Raton, Fl. 33431-0966
17209214     E-mail/Text: bankruptcy@cashcall.com Feb 07 2013 01:59:04     Cashcall,   PO Box 66007,
             Anaheim, Ca 92816-6007
17209210    +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Feb 07 2013 02:00:27
             Capital One Auto Finance,   3905 Dallas Pkwy,   Dallas, TX 75093-7892
17209212    +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Feb 07 2013 02:00:27
             Capital One Auto Finance,   3901 Dallas Pkwy,   Plano, TX 75093-7864
17477085    +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Feb 07 2013 02:00:27
             Capital One Auto Finance (CODB),   P.O. Box 93016,   Long Beach CA 90809-3016
17474690    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Feb 07 2013 02:55:29
             Capital One Auto Finance (CODB),   P.O. Box 201347,   Arlington, TX 76006-1347

```
District/off: 0752-3          User: cshabez          Page 2 of 4          Date Rcvd: Feb 06, 2013
                             Form ID: pdf006         Total Noticed: 75
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
17441910      E-mail/Text: resurgentbknotifications@resurgent.com Feb 07 2013 01:54:44      CashCall Inc,
              c/o B-Line, LLC,  MS 550,  PO Box 91121,  Seattle, WA 98111-9221
17209216      E-mail/Text: bk.notifications@jpmchase.com Feb 07 2013 01:56:18      Chase Auto Finance,
              PO Box 901076,  Fort Worth, Tx 76101-2076
17209223     +E-mail/Text: clientservices@northwestcollectors.com Feb 07 2013 02:20:45
              Elgin Fire Department,  c/o Northwest Collectors,  3601 Algonquin Rd. #232,
              Rolling Meadows, IL 60008-3106
17209226      E-mail/Text: clerical.department@yahoo.com Feb 07 2013 02:18:37      Greater Elgin Emer.Spec.,
              c/o Creditors Collection,  PO Box 63,  Kankakee, IL 60901-0063
17209231     +E-mail/Text: cio.bncmail@irs.gov Feb 07 2013 01:50:01      Internal Revenue Service,  PO Box 7346,
              Philadelphia, PA 19101-7346
17209232      E-mail/Text: ars5183harlem@aol.com Feb 07 2013 02:25:15      Jamil Hussain MD,
              c/o Account Recovery Service,  5183 Harlem Rd,  Loves Park, IL 61111-3448
17209235      E-mail/Text: contact@csicollects.com Feb 07 2013 01:59:39      Limberis Nelson Med. Grp,
              c/o Certified Services Inc,  1733 Washington St.-#201,  Waukegan, IL 60085-5179
17209236      E-mail/Text: mgr@collection-professionals.com Feb 07 2013 02:19:52      Marauder Corporation,
              74923 Highway 111,  Indian Wells, Ca 92256-0122
17209240     +E-mail/Text: bankrup@aglresources.com Feb 07 2013 01:55:00      Nicor Gas,  PO Box 8350,
              Aurora, Il 60507-8577
17209242     +E-mail/Text: clientservices@northwestcollectors.com Feb 07 2013 02:20:45      Northwest Collectors,
              3601 Algonquin Rd.,  Ste. 232 or Ste 500,  Rolling Meadows, IL 60008-3143
17209249     +E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM Feb 07 2013 01:58:58      Physicians Immediate Care,
              c/o Creditors protection,  202 W State St - #300,  Rockford, IL 61101-1116
17209251     +E-mail/Text: bankruptcydepartment@ncogroup.com Feb 07 2013 03:13:47      Progressive Insurance,
              c/o NCO Financial,  PO Box 15636,  Wilmington, DE 19850-5636
17209252     +E-mail/Text: RBALTAZAR@ARMORSYS.COM Feb 07 2013 01:59:19      Provena St Joseph Hosp,
              c/o Armor Sysems Corp,  1700 Kiefer Dr.,  Zion, IL 60099-5105
17209253     +E-mail/Text: RBALTAZAR@ARMORSYS.COM Feb 07 2013 01:59:19      Provena St Joseph Hospital,
              c/o Armor Systems,  1700 Kiefer Dr. Ste.1,  Zion, IL 60099-5105
17209260      E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM Feb 07 2013 01:58:58
              Rockford Health Physicians,  c/o Creditors Protection,  206 W State St,
              Rockford, IL 61101-1112
17209263     +E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM Feb 07 2013 01:58:58
              Rockford Orthopedic Appliance,  c/o Creditors Protection,  202 W State St. #300,
              Rockford, IL 61101-1116
17442561      E-mail/Text: appebnmailbox@sprint.com Feb 07 2013 01:56:55      Sprint Nextel  Correspondence,
              Attn Bankruptcy Dept,  PO Box 7949,  Overland Park KS 66207-0949
17209268     +E-mail/Text: bknotice@erccollections.com Feb 07 2013 02:25:23      Sprint,  c/o Enhanced Recovery,
              8014 Bayberry Rd,  Jacksonville, FL 32256-7412
17209271     +E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM Feb 07 2013 01:58:58      UIC College of Medicine,
              c/o Creditors Protection,  202 W State St., #300,  Rockford, IL 61101-1116
                                                                                           TOTAL: 25


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17209234      Jose & Karina Bonilla
17209215*    ++CASHCALL INC,  17360 BROOKHURST STREET,  FOUNTAIN VALLEY CA 92708-3720
              (address filed with court: Cashcall,  P O Box 66007,  Anaheim, Ca. 92816-6007)
17209211*    +Capital One Auto Finance,  3905 Dallas Pkwy,  Dallas, Tx 75093-7892
17209213*    +Capital One Auto Finance,  3901 Dallas Pkwy,  Plano, Tx 75093-7864
17209222*    +Delbert Services Corp,  7125 Pollock Dr,  Las Vegas, Nv 89119-4415
17209259*    +Rockford Health,  c/o Allied Business Accts.,  PO Box 1600,  Clinton, IA 52733-1600
17209238     ##NCO Financial Systems,  PO Box 4947,  Trenton, NJ 08650-4947
17209256     ##+Rehabtech, Inc.,  1572 Shore Road,  Naperville, Il 60563-8767
                                                                           TOTALS: 1, * 5, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0752-3          User: cshabez              Page 3 of 4              Date Rcvd: Feb 06, 2013
                             Form ID: pdf006             Total Noticed: 75

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 08, 2013**                    **Signature:**

District/off: 0752-3          User: cshabez          Page 4 of 4          Date Rcvd: Feb 06, 2013
                             Form ID: pdf006         Total Noticed: 75

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2013 at the address(es) listed below:
          Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
          Bernard J Natale    natalelaw@bjnatalelaw.com,  IL42@ecfcbis.com
          Patrick S Layng     USTPRegion11.MD.ECF@usdoj.gov
          Scott E Hillison    on behalf of Trustee Bernard J Natale mmagnuson@bjnatalelaw.com
          Stephen J Costello    on behalf of Debtor Carivious A Brown steve@costellolaw.com
          Stephen J Costello    on behalf of Joint Debtor Corie R Nyari steve@costellolaw.com
                                                                          TOTAL: 6